Leonard M. Shulman – Bar No. 126349
Lynda T. Bui – Bar No. 201002
**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone:   (949) 340-3400
Facsimile:    (949) 340-3000
Email: lshulman@shbllp.com; lbui@shbllp.com

Attorneys for John P. Pringle, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA,  LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**VIEN DONG, INC.**<br><br>Debtor. | Case No.  2:08-bk-27134-BR<br><br>Chapter 7<br><br>**STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND CREDITOR BLAIR AND SMITH TO CONTINUE THE HEARING AND EXTEND THE BRIEFING SCHEDULE ON CREDITOR BLAIR AND SMITH'S MOTION FOR IMMEDIATE TURNOVER OF PACA TRUST ASSETS FOR PAYMENT OF PACA CLAIMS**<br><br>**Hearing**<br>Date:   September 13, 2010<br>Time:   2:00 p.m.<br>Ctrm:   1668<br>Place:  United States Bankruptcy Court<br>           Edward R. Roybal Federal Building<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

---

1

**STIPULATION TO CONTINUE HEARING**

**TO THE HONORABLE BARRY RUSSEL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

John P. Pringle, Chapter 7 Trustee for the bankruptcy estate of Vien Dong, Inc. (the "Debtor") and Creditor Ron Smith d/b/a Blair and Smith Associates (as assignee of PACA Trust Creditors, JML Garden Produce and Quality 1st Produce, Inc.)("Movant") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate based on the following:

## **RECITALS**

**WHEREAS**, an Involuntary Petition under Chapter 7 of the Bankruptcy Code was filed on October 14, 2008 (the "Petition Date").

**WHEREAS**, on December 19, 2008, John P. Pringle was appointed the interim Chapter 7 Trustee for the bankruptcy estate of the Debtor. Mr. Pringle is the duly appointed, qualified and acting Chapter 7 Trustee for the Debtor's Bankruptcy Estate ("Estate").

**WHEREAS**, the Debtor's bankruptcy case is currently pending in the United States Bankruptcy Court for the Central District of California, Los Angeles Division ("Bankruptcy Court") under Case No. 2:08-bk-27134-BR.

**WHEREAS**, on February 13, 2009, the Bankruptcy Court entered the order for relief.

**WHEREAS**, on August 11, 2010 Movant filed its Motion for Immediate Turnover of PACA Trust Assets for Payment of PACA Claims ("Motion"), docket No. 83. The Motion is currently set for hearing on September 13, 2010 at 2:00 p.m.

**WHEREAS**, the deadline for the Trustee to file his Opposition to the Motion is August 30, 2010. The deadline for Movant to file its Reply to the Trustee's Opposition is September 3, 2010.

**WHEREAS**, the Parties have been in discussions regarding the merits of Movant's Motion, assets that constitute PACA Trust Assets, issues relating to other PACA claimants, secured creditors and priority unsecured creditors of the Estate, and the necessity to extend the

current briefing schedule to continue discussions and negotiations re possible cost-effective resolution of the case.

### STIPULATION

**WHEREFORE**, in light of the foregoing and for judicial economy, the Parties agree and stipulate that the hearing on the Motion currently scheduled for September 13, 2010 at 2:00 p.m. be continued for approximately 60 days and that all deadlines for oppositions and replies shall be set in accordance to Local Bankruptcy Rule based upon the new hearing date.

**SHULMAN HODGES & BASTIAN LLP**

Dated: August 25, 2010         By:    /s/ Lynda T. Bui
                                      Leonard M. Shulman
                                      Lynda T. Bui
                                      Attorneys for John P. Pringle, Chapter 7 Trustee


**GLENN A. BESNYL, attorney at law**

Dated: August 25, 2010         By: _____
                                      Glenn A. Besnyl
                                      Attorney for Creditor Ron Smith d/b/a Blair
                                      and Smith Associates (as assignee of PACA
                                      Trust Creditors, JML Garden Produce and
                                      Quality 1st Produce, Inc.)

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3750 University Ave., Ste. 670, Riverside, CA 92501

A true and correct copy of the foregoing document described as **STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND CREDITOR BLAIR AND SMITH TO CONTINUE THE HEARING AND EXTEND THE BRIEFING SCHEDULE ON CREDITOR BLAIR AND SMITH'S MOTION FOR IMMEDIATE TURNOVER OF PACA TRUST ASSETS FOR PAYMENT OF PACA CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 27, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- Glenn Besnyl    gab1law@msn.com
- Lynda T Bui    lbui@shbllp.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- John P Pringle (TR)    jpringle@ecf.epiqsystems.com, johnppringle@earthlink.net
- David Reimann    dreimann@reimannlawgroup.com
- Damon G Saltzburg    ds@srblaw.com, cs@srblaw.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Alan Vanderhoff    alan.vanderhoff@pacbell.net
- James S Yan    jsyan@msn.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 27, 2010**,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 27, 2010**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 27, 2010 | Tonia N. Mann-Wooten | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

F 9013-3.1.PROOF.SERVICE

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

**Judge's Copy – Via Overnight Delivery**
Hon. Barry Russell
United States Bankruptcy Court
Roybal Federal Building
255 E Temple Street, Ste. 1660
Los Angeles, CA 90012-3332

**DEBTOR**
VIEN DONG, INC.
C/O LUCY TRAN – SECRETARY
PO BOX 8498
RANCHO SANTA FE, CA  92067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **F 9013-3.1.PROOF.SERVICE**